# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

TERRY LAMAR MCCOY                                                    PLAINTIFF

v.                                4:23-cv-00869-JM-JJV

LAFAYETTE WOODS, JR.
Sheriff, Brassell Adult Detention Center, *et al.*                              DEFENDANTS

## **ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc.11) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his Fourteenth Amendment claim against Defendants Woods and Hudson. In contrast, Defendants Tompkins, Smith, Baker, Marshall, Lee, Johnson, Alexander, and Iverson are dismissed without prejudice because Plaintiff has not pled any plausible claims against them. Finally, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 17th day of November, 2023.

                                                             UNITED STATES DISTRICT JUDGE