# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TERRY LAMAR MCCOY                                                  PLAINTIFF

v.                        4:23-cv-00869-JM-JJV

LAFAYETTE WOODS, JR.
Sheriff, Brassell Adult Detention Center, *et al.*                  DEFENDANTS

## **ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 24). No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore,

1. Plaintiff's Motions for injunctive relief (Doc. Nos. 19-21) are DENIED.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 12th day of February, 2024.

                                                           _____
                                                              UNITED STATES DISTRICT JUDGE