# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TERRY LAMAR MCCOY
ADC #654559                                                                                              PLAINTIFF

v.                                              4:23-cv-00869-JM

LAFAYETTE WOODS, JR.
Sheriff, Brassell Adult Detention Center, *et al.*                                       DEFENDANTS

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. 50), this case has been settled by mutual agreement and is, therefore, DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 2nd day of July 2025.

_____
UNITED STATES DISTRICT JUDGE