# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TERRY LAMAR MCCOY
ADC #654559                                                                                   PLAINTIFF

v.                                        4:23-cv-00869-JM

LAFAYETTE WOODS, JR.
Sheriff, Brassell Adult Detention Center, *et al.*                        DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously (Docs. 13, 51), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 2nd day of July 2025.

_____
UNITED STATES DISTRICT JUDGE